

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00099-CV

Victor **RAMOS**,
Appellant

v.

**CITY OF LAREDO**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003985 D2
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and judgment is RENDERED awarding appellant Victor Ramos $32,000 in accordance with the jury's damages findings. Costs of the appeal are taxed against appellee City of Laredo.

SIGNED March 28, 2018.

_____
Rebeca C. Martinez, Justice